STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MIGUEL ONGAY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Joseph S. Accardi* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

January 14, 1969. Denied.

MARJOURIE MATTARAZZO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. LEMON TREE, INC., DEFENDANT-RESPONDENT.

*Messrs. LoPiano & Gallagher* and *Messrs. Levy, Lemken & Margulies* for the petitioners.

*Messrs. Leyden, Breslin, Monaghan & Leyden* for the respondent.

January 14, 1969. Denied.

WAYNE SAVINGS AND LOAN ASSOCIATION, PLAINTIFF-PETITIONER, v. CHARLES R. HOWELL, COMMISSIONER, ETC., ET AL., DEFENDANTS-RESPONDENTS.

*Messrs. Weiss & DeLuccia* for the petitioner.

*Messrs. Williams, Gardner, Caliri, Miller & Otley, Mr. Arthur J. Sills,* and *Mr. E. Robert Levy* for the respondents.

January 14, 1969. Denied.